Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN DOES 1 through 11,<br><br>            Defendants. | Case No. 3:12-cv-1056-AJB-MDD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOES 1-11** |

1 PLEASE TAKE NOTICE that pursuant to Rule 41 of the Federal Rules of
2 Civil Procedure, Plaintiff is hereby dismissing John Does 1-11 ("Defendants")
3 without prejudice. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendants have neither
4 answered Plaintiff's Complaint nor filed a motion for summary judgment.

DATED: August 16, 2012                    KUSHNER LAW GROUP


                                By:      /s/ Leemore L. Kushner
                                         Leemore L. Kushner
                                         Attorneys for Plaintiff Malibu Media, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: August 16, 2012          KUSHNER LAW GROUP


                                By: */s/ Leemore Kushner*                    .
                                    Leemore Kushner
                                    Attorneys for Plaintiff MALIBU MEDIA, LLC